**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BYRON BREEZE, JR.,** | **CASE NO. 1:22-cv-773-TNM** |
| **Plaintiff,** | |
| **v.** | |
| **ADAMS MORGAN PIZZA MART INC.,** d/b/a Pizza Mart and 2445 18th STREET DC, LLC | |
| **Defendants.** | |

**ANSWER OF DEFENDANTS ADAMS MORGAN**
**PIZZA MART, INC. and 2445 18th STREET DC, LLC**

Defendants ADAMS MORGAN PIZZA MART INC. ("Pizza Mart") and 2445 18th STREET DC, LLC ("Landlord"), through undersigned counsel, and in answer to Plaintiff's Complaint, state as follows:

1.  Paragraph 1 of the Complaint states conclusions of law to which Defendants need not respond.

2.  Paragraph 2 of the Complaint states conclusions of law to which Defendants need not respond.

3.  Paragraph 3 of the Complaint states conclusions of law to which Defendants need not respond.

4.  Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 4 of the Complaint.

5.  Defendants lack sufficient knowledge to admit or deny the allegations in Paragraph 5 of the Complaint.

6.  Defendants admit the allegations set forth in Paragraph 6 of the Complaint.

7.   Defendants admit the allegations set forth in Paragraph 7 of the Complaint.

8.   Defendants admit the allegations set forth in Paragraph 8 of the Complaint.

9.   Defendants deny the allegations set forth in Paragraph 9 of the Complaint.

10. Paragraph 10 of the Complaint states conclusions of law to which Defendants need not respond.

11. Defendants reincorporate their responses to Paragraphs 1-10 of the Complaint as though fully set forth herein.

12. Paragraph 12 of the Complaint states conclusions of law to which Defendants need not respond.

13. Paragraph 13 of the Complaint states conclusions of law to which Defendants need not respond.

14. Paragraph 14 of the Complaint states conclusions of law to which Defendants need not respond.

15. Paragraph 15 of the Complaint states conclusions of law to which Defendants need not respond.

16. Paragraph 16 of the Complaint states conclusions of law to which Defendants need not respond.

17. Paragraph 17 of the Complaint states conclusions of law to which Defendants need not respond.

18. Defendants admit that Adams Morgan Pizza Mart Inc. began operations on the premises after January 26, 1992, but deny all the remaining allegations in Paragraph 18 of the Complaint.

19. Paragraph 19 of the Complaint states conclusions of law to which Defendants need not respond.

20. Paragraph 20 of the Complaint states conclusions of law to which Defendants need not respond.

21. Defendants deny the allegations in Paragraph 21 of the Complaint.

22. Defendants deny the allegations in Paragraph 22 of the Complaint.

23. Defendants deny the allegations in Paragraph 23 of the Complaint.

24. Defendants deny the allegations in Paragraph 24 of the Complaint.

25. Defendants deny the allegations in Paragraph 25 of the Complaint.

26. Defendants deny the allegations in Paragraph 26 of the Complaint.

27. Defendants deny the allegations in Paragraph 27 of the Complaint.

28. Defendants deny the allegations in Paragraph 28 of the Complaint.

29. Paragraph 29 of the Complaint states conclusions of law to which Defendants need not respond.

30. Defendants deny the allegations in Paragraph 30 of the Complaint.

31. Defendants reincorporate their responses to Paragraphs 1-30 of the Complaint as though fully set forth herein.

32. Paragraph 32 of the Complaint states conclusions of law to which Defendants need not respond.

33. Paragraph 33 of the Complaint states conclusions of law to which Defendants need not respond.

34. Defendants deny the allegations in Paragraph 34 of the Complaint.

35. Defendants deny the allegations in Paragraph 35 of the Complaint.

36. Defendants deny the allegations in Paragraph 36 of the Complaint.

37. The Complaint omits paragraph 37.

38. The Complaint omits paragraph 38.

39. The Complaint omits paragraph 39.

40. Defendants deny the allegations in Paragraph 40 of the Complaint.

41. Defendants deny the allegations in Paragraph 41 to the extent they do not constitute conclusions of law to which Defendants need not respond.

42. The Complaint omits paragraph 42.

43. Defendants deny the allegations in Paragraph 43 of the Complaint.

44. Defendants deny the allegations in Paragraph 44 to the extent they do not constitute conclusions of law to which Defendants need not respond.

45. Defendants deny the allegations in Paragraph 45 of the Complaint.

46. Defendants deny the allegations in Paragraph 46 of the Complaint.

WHEREFORE, Defendants ask that judgment be entered in their favor and against Plaintiff on all claims in the Complaint, that the Plaintiff take nothing, and that Defendant be awarded all costs associated with defense, including reasonable attorneys' fees, and for such further relief as the Court deems just and appropriate.

Dated: June 1, 2022                    Respectfully submitted,

KALBIAN HAGERTY LLP

/s/ D. Michelle Douglas
D. Michelle Douglas [D.C. Bar # 503354]
Alexander Rogosa [D.C. Bar # 1044198]
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
mdouglas@kalbianhagerty.com
arogosa@kalbianhagerty.com
Telephone: (202) 223-5600
Facsimile: (202) 223-6625
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2022, the foregoing was filed using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Erik M Bashian. Esq.
BASHIAN & PAPANTONIOU, P.C.
500 Old Country Road, Ste. 302
Garden City, NY 11530
Telephone: (516) 279-1554
Facsimile: (516) 213-0339
Email: eb@bashpaplaw.com
*Attorney for Plaintiff Byron Breeze, Jr.*

/s/ D. Michelle Douglas
D. Michelle Douglas